IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:19-mj-53 |
| | ) | |
| PETER D. QUINN, JR., | ) | Initial Appearance: February 4, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

COUNT I (Misdemeanor –7626726/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 29, 2018, at Arlington National Cemetery, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant PETER D. QUINN, JR. did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18 United States Code Section 13, assimilating Section 18.2-266, Virginia State Code, as amended.)

COUNT II (Misdemeanor –7626726/EV-17)

On or about December 29, 2018 at Arlington National Cemetery, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant PETER D. QUINN, JR. did unlawfully operate a motor vehicle while having a blood alcohol concentration of .08 grams or more per 210 liters of breath as indicated by a chemical test.

(In violation of Title 18 United States Code Section 13, assimilating Section 18.2-266, Virginia State Code, as amended.)

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703)-299-3854
Fax: (703)-299-3980
Email: elizabeth.banger.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be sent to the defendant PETER D. QUINN, JR. at 120 Ford Lane, Turrington, CT 06790 on January 29, 2019.

By: _____
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314