IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )     Case No. 1:19MJ53<br>)     Hon. John F. Anderson<br>PETER D. QUINN,                          )     Status Hr'g: February 19, 2019<br>)<br>Defendant.                               ) | |

## DEFENDANT'S MOTION TO WAIVE APPEARANCE

COMES NOW the defendant, Peter D. Quinn, by counsel, Elizabeth Mullin, Assistant Federal Public Defender, and respectfully requests that this Honorable Court permit him to be absent from the status hearing scheduled for February 19, 2019. In support of this motion, Mr. Quinn states as follows:

1. On February 4, 2019, Mr. Quinn appeared for his Initial Appearance, and the Court scheduled a status hearing for February 19, 2019. Dkt. Nos. 3, 4. After the hearing, the Court appointed the undersigned to represent Mr. Quinn.

2. Mr. Quinn lives in Torrington, Connecticut. It is time consuming and costly for him to travel back and forth to Alexandria. The undersigned will appear on behalf of Mr. Quinn on February 19, 2019, and can adequately represent his interests at that hearing without his presence.

3. The undersigned has also reviewed with Mr. Quinn his right to be present at all proceedings in this case, and his right to voluntarily be absent from the

status hearing, pursuant to Rule 43 of the Federal Rules of Criminal Procedure. Mr. Quinn waives his right to be present at the status hearing on February 19.

4.	The undersigned has reviewed the charge in the Criminal Information with Mr. Quinn, and his right to insist on proceeding before a District Court. Mr. Quinn consents to proceed before a Magistrate Court.

5.	The undersigned has conferred with the government and it has no objection to this request. The parties are prepared to select a trial date in Mr. Quinn's absence.

6.	A signed waiver of right to be present is attached.

## CONCLUSION

For the foregoing reasons, Mr. Quinn respectfully requests that the Court excuse his appearance at the status hearing on February 19, 2019, or, in the alternative, continue the status hearing to another date convenient to the Court.

Respectfully submitted,

/s/
_____
Elizabeth A. Mullin
Virginia Bar # 86668
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA  22314
(703) 600-0879 (telephone)
(703) 600-0880 (facsimile)
Elizabeth_mullin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I will electronically file the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>  Elizabeth Banger
>  United States Attorney's Office
>  2100 Jamieson Avenue
>  Alexandria, VA   22314

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the forgoing pleading will be delivered to Chambers within one business day of the electronic filing.

/s/
_____
Elizabeth Mullin
Virginia Bar # 86669