IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Case No. 1:19MJ53 |
| ) | |
| ) | |
| PETER D. QUINN,           ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

The defendant has filed an unopposed motion requesting that the Court permit him to waive his appearance at the February 19, 2019, status hearing in this matter. For the reasons set forth in the defendant's motion, and for good cause having been shown, it is hereby

ORDERED that the defendant's motion is granted; it is further

ORDERED that the Court will proceed with the status hearing without the defendant's presence in accordance with Federal Rule of Criminal Procedure 43(b)(2).

Entered this 13th day of February, 2019

/s/
John F. Anderson
United States Magistrate Judge
Hon. John F. Anderson
U.S. Magistrate Judge